# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

DENISE MILLER, )
)
)
)
       Plaintiff (s) )
vs. ) Civil No. 05-3015-CV-S-DW
)
JO ANNE BARNHART )
       Defendant (s) )

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: The Commissioner's decision denying Plaintiff's disability benefits is **AFFIRMED.**

                        PATRICIA L. BRUNE, CLERK

Date: August 8, 2005             By: /s/ Y. Johnson
                                  Deputy Clerk